PROB 12C
(7/93)

Report Date: December 18, 2015

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ricardo Gonzales     Case Number: 0980 2:06CR02112-EFS-1 and
                                                                                1:15CR02056- RMP-1

Address of Offender: [redacted]

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: March 9, 2007 and
Date of Original Sentence: April 23, 2012

Original Offense:    2:06CR02112-EFS-1:
                       Possession of a Firearm and Ammunition by Prohibited Person, 18 U.S.C. § 922(g)(1)

                         1:15CR02056- RMP-1
                         Assault on Federal Officer, U.S.C. § 111

Original Sentence:   2:06CR02112-EFS-1            Type of Supervision: Supervised Release
                         Prison - 70 months
                         TSR - 36 months
                         1:15CR02056- RMP-1
                         Prison - 41 months
                         TSR - 36 months

Asst. U.S. Attorney:   Thomas J. Hanlon            Date Supervision Commenced: June 26, 2015

Defense Attorney:     Rebecca Pennell             Date Supervision Expires: June 25, 2018

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: Mr. Gonzales was charged with third degree theft, Sunnyside Municipal Court cause number 77653 on December 10, 2015.<br><br>On December 10, 2015, Mr. Gonzales was charged with third degree theft, Sunnyside Municipal Court, cause number 77653. According to the Sunnyside Police Department narrative report, on December 9, 2015, Mr. Gonzales walked out of the Walmart store in |

Prob12C
**Re: Gonzales, Ricardo**
**December 18, 2015**
**Page 2**

        Sunnyside, Washington with a car battery without paying. He was subsequently arrested and booked at the Sunnyside City Jail where he later posted bail. His next hearing date regarding this matter is set for January 5, 2016. On December 11, 2015, while doing a home visit, Mr. Gonzales admitted to having taken the battery.

2        **Standard Condition # 5**: The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.

        **Supporting Evidence**: Mr. Gonzales failed to maintain his employment at Jack in the Box in Yakima, Washington as of on or about October 30, 2015.

        On December 10, 2015, Mr. Gonzales reported that he was no longer working at Jack in the Box. He reported that after suffering from bronchitis he was never put back on the work schedule. On this same date, this officer made contact with the manager at Jack in the Box and was advised that Mr. Gonzales' employment was terminated because he was a no call no show for work.

3        **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

        **Supporting Evidence**: Mr. Gonzales failed to report to the probation office as instructed by his probation officer on December 14, 15, and 16, 2015.

        On December 11, 2015, Mr. Gonzales was directed to report to the probation office on December 14, 2015, no later than 2 p.m. Mr. Gonzales called and reported he did not have transportation. He was given an opportunity to report the following day no later than 11 a.m. On December 15, 2015, Mr. Gonzales again called with the same issue of no transportation. On the morning of December 16, 2015, Mr. Gonzales called and reported he was trying to get a ride to come to Yakima and meet with this officer. Mr. Gonzales failed to report on the three days noted and has yet to report or call to reschedule.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

        I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   December 18, 2015

        s/Jose Zepeda

        Jose Zepeda
        U.S. Probation Officer

Prob12C
**Re: Gonzales, Ricardo**
**December 18, 2015**
**Page 3**

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

*Edward F. Shea*

Signature of Judicial Officer

December 22, 2015

Date